**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

April 02, 2015

Hon. D. Allan Erwin, Jr.
Roerig, Oliveira & Fisher
Attorneys at Law
855 West Price Road, Suite 9
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Hon. Moises R. Hernandez
Hernandez Law Firm
P. O. Box 2999
Harlingen, TX 78551

Hon. Roger W. Hughes
Adams & Graham
P. O. Drawer 1429
Harlingen, TX 78551-1429
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00199-CV
Tr.Ct.No. 2006-CPC-92-B
Style:   GRADY DOWELL v. GRACIE QUIROZ, AS ADMINISTRATRIX OF THE
         ESTATE OF MARIO GONZALEZ LIRA, NOE LIRA; MARIA ANGELES LIRA;
         MARLINY GUTIERREZ, ANNETTE GUTIERREZ, NANCY GUTIERREZ,
         AND DAVID GUTIERREZ

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   County Court at Law No. 2
      Hon. Sylvia G. Perez, Cameron County Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
      (DELIVERED VIA E-MAIL)